IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                    CASE NO. 4:06cr00104-07 JMM

LACRESHA NICOLE PUGH

## ORDER

The United States' second motion to amend/correct restitution (docket entry #282) is granted.

The June 15, 2007 Judgment (docket entry #194), October 5, 2007 Amended Judgment (docket entry #232) and the March 12, 2008 Amended Judgment (docket entry #265) are amended to state that the total amount of restitution, $12,390.27 ($8,914.00 to Bank of America and $3,476.27 to Metropolitan Bank) is joint and several between Lacresha Nicole Pugh, Courtney Johnson (4:06cr00104-01JMM), Doris J. Martin (4:06cr00104-09 JMM), Lanora Marshelle Glass (4:06cr00104-06 JMM), Khaleelah Rahshane Powell (4:06cr00104-08 JMM) and Valencia White (4:07cr00200 WRW).

The remaining portions of the judgments will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 10th day of July, 2008.

UNITED STATES DISTRICT JUDGE