IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 10 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

Vs.     CASE NO. 4:06cr00104-07 JMM

LACRESHA NICOLE PUGH

## ORDER

The United States' second motion to amend/correct restitution (docket entry #282) is granted.

The June 15, 2007 Judgment (docket entry #194), October 5, 2007 Amended Judgment (docket entry #232) and the March 12, 2008 Amended Judgment (docket entry #265) are amended to state that the total amount of restitution, $12,390.27 ($8,914.00 to Bank of America and $3,476.27 to Metropolitan Bank) is joint and several between Lacresha Nicole Pugh, Courtney Johnson (4:06cr00104-01JMM), Doris J. Martin (4:06cr00104-09 JMM), Lanora Marshelle Glass (4:06cr00104-06 JMM), Khaleelah Rahshane Powell (4:06cr00104-08 JMM) and Valencia White (4:07cr00200 WRW).

The remaining portions of the judgments will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the Finance Section of the Clerk's office.

IT IS SO ORDERED THIS 10th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE